**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4279

_____

Terry T. Barrett,                          *
                                           *
        Appellant,                         *
Appeal from the United States
                                           *
District Court for the
        v.                                 *
Western District of Missouri.
                                           *
United States of America,        *         [UNPUBLISHED]
                                           *
        Appellee.                          *

_____

Submitted: September 3, 1997

Filed: September 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this 28 U.S.C. § 2255 proceeding, Terry T. Barrett appeals the district court's[1] application of a firearm enhancement to his drug sentence, <u>see</u> U.S. Sentencing Guidelines Manual § 2D1.1(b)(1) (1995), after it vacated Barrett's 18 U.S.C. § 924(c)(1) conviction under <u>Bailey v. United States</u>, 116 S. Ct. 501 (1995). After a careful

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

review of the record and the parties' submissions, we conclude Barrett's arguments are foreclosed.  <u>See</u> <u>Gardiner v. United States</u>, 114 F.3d 734, 735-37 (8th

Cir. 1997); <u>United States v. Harrison</u>, 113 F.3d 135, 137-38 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.